IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| ANGELA DRAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-CV-00746-BL-KFP |
| | ) | |
| EVERETT FINANCIAL, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On January 5, 2026, the Magistrate Judge recommended that the court dismiss this case without prejudice. (Doc. 30). Although the Magistrate Judge gave the Plaintiff until January 20, 2026, to file objections to the recommendation (*see* doc. 30), the court has received no objections from the Plaintiff.

After careful review of the file and upon consideration of the Recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge to **DISMISS** the Plaintiff's action for failure to amend the complaint as ordered, respond to any court orders and failure to prosecute this case.

The court will enter a separate final judgment dismissing the case.

**DONE** and **ORDERED** on this the 5th day of March, 2026.

2

**BILL LEWIS**
UNITED STATES DISTRICT JUDGE